NUMBER 13-01-294-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


BEVERLY ENTERPRISES-TEXAS, INC. D/B/A COLONIAL MANOR, INC. , Appellant,


v.


MIRANDA MARTINEZ , Appellee.

___________________________________________________________________


On appeal from the 139th District Court 

of Hidalgo County, Texas.

___________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


Appellant, BEVERLY ENTERPRISES-TEXAS, INC. D/B/A COLONIAL MANOR, INC. , perfected an appeal from a
judgment entered by the 139th District Court of Hidalgo County, Texas, in cause number C-1690-00-C . After the appeal
was abated for purposes of settlement, the parties filed an agreed motion to reverse and remand. Pursuant to an agreement
of the parties, appellant and appellee jointly request that this Court reverse the default judgment entered against appellant
and remand this cause to the trial court for a trial on the merits. 

The Court, having examined and fully considered the documents on file and the parties' agreed motion, is of the opinion
that the motion should be granted. The agreed motion is granted, and the judgment of the trial court is hereby REVERSED
and the cause is REMANDED to the trial court in accordance with the parties' settlement agreement. 

PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 15th day of November, 2001 .